IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00199-AP
_____

DENISE C. COX,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.
_____

_____
JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES
_____

1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| Virginia L. Card Smith | John F. Walsh |
| Attorney for Plaintiff | United States Attorney |
| 1763 Franklin St. | |
| Denver, CO 80218-1124 | Kevin T. Traskos |
| (303) 394-9945 | Deputy Civil Chief |
| vsmith3470@aol.com | United States Attorney's Office |
| | District of Colorado |
| | |
| | William G. Pharo |
| | Assistant United States Attorney |
| | United States Attorney's Office |
| | District of Colorado |
| | |
| | Michael Howard |
| | Special Assistant United States Attorney |
| | Office of the General Counsel |
| | Social Security Administration |
| | 1001 17th St. |
| | Denver, Colorado 80202 |
| | (303) 844-7192 |
| | Michael.howard@ssa.gov |

2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

    The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3.     DATES OF FILING OF RELEVANT PLEADINGS

    A. Date Complaint was filed: January 25, 2012

    B. Date Complaint was served on U.S. Attorney's Office: March 9, 2012

    C. Date Answer and Administrative Record were filed: May 9, 2012

4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD

    The parties, to the best of their knowledge, state that the administrative record is complete and accurate. Notwithstanding, the parties would reserve objections regarding the adequacy of the record for the parties' respective briefs on the merits of the case.

5.     STATEMENT REGARDING ADDITIONAL EVIDENCE

    The parties do not intend to submit additional evidence.

6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

    The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

7.     OTHER MATTERS

    The parties have no other matters to bring to the attention of the Court.

8.     BRIEFING SCHEDULE

    The parties respectfully request the following briefing schedule:

    A. Plaintiff's opening brief due: **July 6, 2012**

      B.  Defendant's response brief due: **August 5, 2012**

      C.  Plaintiff's reply brief (if any) due: **August 20, 2012**

9.    STATEMENTS REGARDING ORAL ARGUMENT

Plaintiff requests oral argument.  The Commissioner does not request oral argument at this time.

10.   CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

Not all parties consent to the exercise of jurisdiction of a United States Magistrate Judge.

11.   OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C. COLO.L.CivR. 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON ALL ATTORNEYS OF RECORD AND ALL *PRO SE* PARTIES.

12.   AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 29th day of May, 2012.

                              BY THE COURT:

                              *s/John L. Kane*
                              U.S. DISTRICT COURT JUDGE

APPROVED:

s/ Virginia L. Card Smith
Virginia L. Card Smith
Attorney for Plaintiff
1763 Franklin St.
Denver, CO 80218-1124
(303) 394-9945
vsmith3470@aol.com

John F. Walsh
United States Attorney

Kevin T. Traskos
Deputy Civil Chief
United States Attorney's Office
District of Colorado

William G. Pharo
United States Attorney's Office
District of Colorado

/s/ Michael S. Howard
Michael S. Howard
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1001 17th St.
Denver, Colorado 80202
(303) 844-7192
Michael.howard@ssa.gov

Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 29, 2012, I electronically filed the foregoing "Joint Case Management Plan for Social Security Cases" with the with the Clerk of Court using the CM/ECMF system which will send notification of such filing to the following e-mail address(es):

  vsmith3470@aol.com
  usa-co-civil_ecf@usdoj.gov

            /s/ Michael S. Howard
            Office of the General Counsel
            Social Security Administration