IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00199-WJM

DENISE C. COX,

    Plaintiff,

vs

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Affirming the Commissioner of Social Security (ECF No. 25), entered by the Honorable William J. Martínez, Judge, on December 12, 2012 and incorporated herein by reference as if fully set forth, it is

ORDERED that after carefully analyzing the briefs and the administrative record, the Court AFFIRMS the final decision of the Commissioner. It is

FURTHER ORDERED that each party shall bear their own fees and costs.

DATED at Denver, Colorado this  14th  day of December, 2012.

                FOR THE COURT:

                JEFFREY P. COLWELL, CLERK

                <u>By: s/ Edward P. Butler</u>
                Edward P. Butler, Deputy Clerk